IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| S.M., on behalf of herself and all others similarly situated, | ) ) ) | Case No. 1:24-cv-01755 |
| | ) | Judge David a. Ruiz |
| Plaintiff, | ) ) | NOTICE OF APPEARANCE |
| ATHENA BITCOIN, INC., et al., | ) ) | |
| Defendants. | ) | |

Please take notice that Annemarie LoConti of LoConti Law Group, LLC, enters her Notice of Appearance as counsel representing Defendant Heights Mechanical, Inc.

Respectfully submitted,

*/s/ Annemarie LoConti*

---

Annemarie LoConti (0086771)
LoConti Law Group, LLC
200 Park Avenue, Suite 400
Orange Village, OH 44122
(216)358-6007
(440) 815-2129
aloconti@locontilaw.com

CERTIFICATE OF SERVICE

      A copy of the foregoing Notice of Appearance was filed on January 17, 2025 and notice will be provided to all registered users via the CM/ECF system. I hereby further certify that on January 17, 2024, a true and correct copy of the foregoing was sent to the following parties via ordinary U.S. Mail, postage prepaid to:

      Heights Tobacco, Inc. d/b/a
      Discount Tobacco & Beverage
      c/o Michael Brady, Reg. agent
      744 Richmond Road
      Richmond Heights, OH 44143

*/s/ Annemarie LoConti*

Annemarie LoConti